BTXN 027 (rev. 04/26)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Sharon Louise Walker−Robles | § | Case No.: 26−44343−mxm13 |
| | § | Chapter No.: 13 |
| Debtor(s) | § | |

Dear Sharon Louise Walker−Robles:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient. Our review indicates that this case requires:

- ☐ Case Status
- ☐ An Order in resolution of
- ☐ A Notice of Hearing on
- ☐ An Amendment or Correction to a filing as follows
- ☑ The following additional Filing: copy of social security card

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 14 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED: 9/30/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Iris Cuellar, Deputy Clerk
Iris_Cuellar@txnb.uscourts.gov