Motion prepared and submitted by the following **UNREPRESENTED DEBTOR:**

Name: SHARON WALKER-Robles
Address: 2023 Menefee ST
ARlington TX 76010
Phone No.: 817-606-7476

FILED
OCT 13 2026
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: Sharon Walker-Robles | ) | Bankruptcy No.: 26-44343 |
| | ) | Chapter 13 |
| Debtor(s). | ) | Hon. ______ (Judge's Name) |

MOTION TO Extend Final Defінces (Chp 13 plan) Doctument FOR anther 7Days

The Debtor(s) hereby move(s) the Court for an Order to Extend to complete the final Documents for the following reasons:

1. Having troble completing - problem With understanding them BTXAN

2. ______

Dated this 13 day of OCT, 2026

Sharon Walker Robles
Unrepresented Debtor

______
Unrepresented Co-Debtor