United States Bankruptcy Court

Northern District of Texas

In re: Case No. 26-44343-mxm

Sharon Louise Walker-Robles Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 1

Date Rcvd: Oct 29, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Sharon Louise Walker-Robles, 2023 Menefee St., Arlington, TX 76010-2131 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Camille Stecker | on behalf of Creditor Tarrant County Camille.Stecker@lgbs.com Dalia.Balderas@lgbs.com;Yvonne.Perez@lgbs.com;camille.stecker@ecf.courtdrive.com;Mirian.Zavala@lgbs.com |
| Pam Bassel (NRH) | 341docs@ch13ftw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 3

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 15, 2026**

**United States Bankruptcy Judge**

---

BTXN 218 (rev. 07/17)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Sharon Louise Walker–Robles | § | Case No.: 26–44343–mxm13 |
| | § | Chapter No.: 13 |
| Debtor(s) | § | |

**ORDER EXTENDING DEADLINE TO FILE DEFICIENT DOCUMENT(S)**

The Court, after review of the Motion to extend deadline to file deficient document(s) (excluding credit counseling and creditor matrix) in the above–entitled and numbered case, finds that the Motion should be granted.

**IT IS THEREFORE ORDERED** that the deadline to file the deficient document(s), (excluding credit counseling and creditor matrix) in this case is extended to October 28, 2026.

# # # End of Order # # #