**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:**
**SHARON LOUISE WALKER-ROBLES** **Case No. 26-44343-MXM**

**DEBTOR(S),**

**REPORT OF ( ADJOURNED) SECTION 341 MEETING**
**AND TRUSTEE'S RECOMMENDATION CONCERNING CONFIRMATION**

**Meeting Information:** Meeting Date: November 4, 2026
Original Date: November 4, 2026

1. Debtor(s) Appeared? D1: **YES**
   ID Checked: **YES**
   SS Checked: **NO**

2. Debtor(s) attorney/paralegal appeared? Debtor(s) attorney\firm:
   *representing* **PRO SE**

3. Creditors Appeared: *representing*

4. **341 Meeting: ADJOURNED** **Adjourned Date 12/16/2016**
   **Anyone** *to hear adjourned case.* Reason: **To verify SS #To verify Debtor(s) ID**
   Debtor(s) to appear? DR1 **YES**

5. Payment Information:

   Current monthly payment per Plan: **$500.00** First Payment due: **10/30/2026**
   $ rec'd as of 11/6/2026 **$500.00** Length of Plan: **24 months**
   Base Amount per Plan: **$12,000.00**

**Confirmation Issues: REFER TO LEGAL:** **YES**

The tests for Confirmation have/have not been met, as follows:

**N** 6. Disposable Income(monthly): **$0.00** x **24** ACP = Unsecured Pool per Trustee: **$0.00**

**N** 7. Base Amount is sufficient. UCP per Plan: **$12,000.00**

**N** 8. Debtor is Eligible (Unsecured & Priority under $419,275.00; Secured under $1,257,850.00.)

**N** 9. Best Interest: Exemptions: Federal: **NO** State:

Non-exempt Property Description and Equity in each item:
Total Equity in non-exempt prop. $ Total Non-Exempt Equity per Plan: **$0.00**

11. Exemptions Proper: If no, explain:

**N** 12. Feasibility: Surplus per I & J: **$3,520.62**

_ Step _ Balloon _ Unemployed _ Negative Surplus/ Insuff Surplus _ Projected Income Other:

Plan Payments:

| Which Debtor | Start Date | Pmt Amt | Frequency | # of Periods |
|---|---|---|---|---|
| D1 | 10/30/2026 | $500.00 | MO | 24 |

**N** 13. Good Faith Petition and Plan:

a. Plan Payment at least 90 % I minus J $ **$3,168.56**

b. Plan **does not** contain non-standard language.

c. Other:

14. Domestic Support Obligation: Debtor testified that all post-petition DSO have been paid.

**N** 15. Debtor testified that previous 4 years tax returns have been filed with the IRS. If no, year(s) not filed:

Year(s) not provided to Trustee's office:

16. Business Case Meeting Required?

17. Debtor Attorney Fees meet Guidelines.

By: /s/ Angela Allen

Angela Allen
Presiding Officer

---

18. Legal Department Notes: Trustee recommends confirmation based on the above representations except:

Objection to be Filed?: **YES**

Objection Type: **UD - SS Not Verified**

By: Angela Allen
Attorney for Trustee / Trustee